**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02385-REB-NYW

WILLIAM TAYLOR,

Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY D/B/A NATIONWIDE LIFE INSURANCE COMPANY A/K/A NATIONWIDE,

Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Joint Motion to Amend the Scheduling Order [#26], filed March 25, 2015 ("Joint Motion").  Pursuant to the Order Referring Case dated September 3, 2014 [#9] and the memorandum dated March 25, 2015 [#27], the Joint Motion was referred to this Magistrate Judge.

      IT IS ORDERED that the Joint Motion is GRANTED IN PART and DENIED IN PART.  IT IS ORDERED that:

(1) The deadline for the Parties to make affirmative designations and disclosures pursuant to Fed. Rule Civ. P. 26(a) (and to serve upon opposing counsel all information required by that Rule) is hereby extended up to and including April 30, 2015;

(2) The deadline for the Parties to make rebuttal designations and disclosures pursuant to Fed. Rule Civ. P. 26(a) (and to serve upon opposing counsel all information required by that Rule) is hereby extended up to and including May 27, 2015;

(3) All other relief requested by the Joint Motion is DENIED with leave to re-file subsequent to the Parties' currently scheduled April 22, 2015 settlement conference.

DATED: April 14, 2015