**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02385-REB-BNB

William Taylor,

    Plaintiff,

v.

Nationwide Mutual Insurance Company d/b/a Nationwide Life Insurance Company, a/k/a Nationwide,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the parties' **Stipulated Motion To Dismiss With Prejudice** [#29],[1] filed April 24, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#29], filed April 24, 2015, is approved;

    2. That all currently pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference and Trial Preparation Conference set for Friday, November 6, 2015, at 10:00 a.m. is vacated;

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    4.  That the jury trial set to commence Monday, November 30, 2015, is vacated; and

    5.  That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

    Dated April 27, 2015, at Denver, Colorado.

                **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge